United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 10-01482-NPO
Odyssey Petroleum Corp. (US)                                        Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3          User: cramage          Page 1 of 9          Date Rcvd: Sep 12, 2011
                             Form ID: hn002npo        Total Noticed: 389

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2011.
```
dbpos       Odyssey Petroleum Corp. (US),   1000 Pan Southern Drive,   Puckett, MS 39151
aty        +John D Moore,   P O Box 3344,   Ridgeland, MS 39158-3344
aty        +M. Ruthie Hagan,   Hale Dewey Knight PLLC,   88 Union Avenue, Suite 700,   Memphis, TN 38103-5128
aty        +McCraney, Montagnet & Quin, PLLC,   602 Steed Road, Ste 200,   Ridgeland, MS 39157-9428
aty        +Susan F. Balaschak,   335 Madison Ave.,   26th Floor,   New York, NY 10017-4636
cr         +Aarvak Services, S.A.,   P.O. Box 670648,   Houston, TX 77267-0648,   UNITED STATES
cr          Ally Financial Inc. fka GMAC,   c/o Larry Spencer, Esq.,   P.O. Box 123,
             Jackson, MS 39205-0123
op          Burks Oil & Gas Properties, Inc.,   PO Box 660567,   Houston, TX 77268-0567
fa          Charles Deutchman,   Shared Management Resources, Ltd.,   28026 Gates Mills Blvd,
             Pepper Pike, OH 44124-4730
cr         +Corre Opportunities Fund, L.P.,   1370 Avenue of the Americas,   29th Floor,
             Attn: Claims Processing,   New York, NY 10019-4619
cr         +Denbury Onshore, LLC,   P. O. Box 251289,   Plano, TX 75025-1289,   UNITED STATES
intp       +Derek A Wyatt,   102 Northlake Lane,   madison, ms 39110-5015
intp       +Drew Maness,   c/o J. Walter Newman,   248 East Capitol St., Suite 539,
             Jackson, MS 39201-2508
cr         +Elaine Lackey Resweber,   c/o Jim F. Spencer, Jr.,   P.O. Box 650,   Jackson, MS 39205-0650
intp       +Iroquois Capital Opportunity Fund, LP,   641 Lexington Ave, 26th Floor,   New York, NY 10022-4503
acc         Kevin Lightheart,   Lightheart Sanders, CPA,   PO Box 2385,   Madison, MS 39130-2385
cr         +Lackey Properties, Inc,   c/o Jim F. Spencer, Jr.,   P.O. Box 650,   Jackson, MS 39205-0650
cr         +Linda Lackey Shelton,   c/o Jim F. Spencer, Jr.,   P.O. Box 650,   Jackson, MS 39205-0650
cr          Marcus Wilson Blue Cross Blue Shield of Mississippi,   Post Office Box 98,
             Jackson, MS 39205-0098
cr         +Mary Rhodes,   P O Box 194,   Merigold, MS 38759-0194
cr         +Official Committee of Unsecured Creditors,   P.O. Box 11,   Waynesboro, MS 39367-0011
cr          Performance Drilling Company, LLC,   c/o E. Stephen Williams,   P. P. Box 23059,
             Jackson, ms  39225-3059
cr         +S. Allen Lackey,   c/o jim F. Spencer, Jr.,   P.O. Box 650,   Jackson, MS 39205-0650
op         +Spooner Petroleum Company,   625 Highland Colony Parkway,   Suite 101,   Ridgeland, MS 39157-8809
sp          Stan Ingram,   Biggs, Ingram, Solop & Carlson PLLC,   111 E. Capitol Street, Ste 101,
             Jackson, MS 39201-2113
cr         +Stephen E. Gardner Komatsu Financial c/o,   P O Box 23059,   Jackson, MS 39225-3059
sp         +Todd Waycaster,   112 Main St.,   Natchez, MS 39120-3458
3060110    +A & B PUMP & SUPPLY,   P.O. DRAWER T,   Heidelberg   39439-1019
3050093    +AARVAK SERVICES, S.A.,   C/O BOBBIE L. STRATTON,   1221 LAMAR ST., STE 1300,
             HOUSTON, TX 77010-3073
3007389    +ADVANCED PRODUCTS, INC,   PO Box 727,   ELLISVILLE, MS 39437-0727
3015815    +Aarvak Services, SA,   PO Box 670648,   Houston, TX 77267-0648
3007388     Adams & Reese,   Dept 5208,   PO Box 2153,   Birmingham, AL 35287-5208
3120868    +Alan Edward Robinson,   and Wife Robin W,   805 Gulde-Shiloh Rd,   Brandon, MS 39042-9070
3120869    +Allyson S. Cox,   PO Box 12138,   Jackson, MS 39236-2138
3007390    +Anderson Construction,   POB 1008,   Stringer, MS 39481-1008
3120871    +Anita Fagan,   c/o Oak Grove Middle,   2543 Old Hwy 24,   Hattiesburg, MS 39402-8349
3113141    +Archon Bay Capital, LLC,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
3095524    +Argo Partners,   12 W. 37th Street, 9th Fl.,   New York, NY 10018-7381
3015821    +BCBS of Mississippi,   PO Box 1043,   Jackson, MS 39215-1043
3007393    +BEACON SUPPLY CO,   PO Box 968,   COLUMBIA, MS 39429-0968
3205948    +BEAN RESOURCES, INC.,   C/O WILLIAM LEECH, ESQ.,   PO BOX 6020,   RIDGELAND, MS 39158-6020
3205949    +BEAN RESOURCES, INC.,   C/O DANNY RUHL, ESQ.,   PO BOX 6020,   RIDGELAND, MS 39158-6020
3115970    +BJ SERVICES COMPANY,   C/O WILLIAM H. LEECH ESQ,   PO BOX 6020,   RIDGELAND, MS 39158-6020
3007397    +BJ SERVICES COMPANY,   4601 Westway Park Blvd,   Houston, TX 77041-2037
3050654    +BJ Services Company, U.S.A.,   c/o Carl Dore',Jr. Dore' & Associates, A,
             17171 Park Row, Suite 350,   Houston, Texas 77084-4995
3060134    +BP America Prod. Co.,   c/o Laney M. Vazquez,   501 Westlake Park Blvd,   Houston, TX 77079-2604
3120895    +BP America Prod. Co.,   PO Box 848103,   Dallas, TX 75284-8103
3049162    +BROADWAY PREMIUM FUNDING,   450 SKOKIE BLVD, STE 1000,   NORTHBROOK, IL 60062-7917
3007400    +BROWNING AIR & HYDRAULIC CO.,   124 Flynt Rd,   Laurel, MS 39443-5780
3015820    +Baker Hughes,   15355 Vantage Park W,   Ste 300,   Houston, TX 77032-1973
3050209    +Baker Hughes Oilfield Operations, Inc. D/B/A Baker,   Copeland Cook Taylor & Bush, PA,
             P.O. Box 6020,   Ridgeland, MS 39158-6020
3030745    +Baker Petrolite Corporation,   c/o Christopher J. Ryan,   2929 Allen Parkway, Ste 2100,
             Houston, TX 77019-7111
3050211    +Baker Petrolite Corporation c/o William H. Leech,   Copeland Cook Taylor & Bush, PA,
             P.O. Box 6020,   Ridgeland, MS 39158-6020
3060119    +Bar D Ranch Corp et al,   2953 Star Ridge Rd,   Bozeman, MT 59715-9220
3060120    +Barbara C. Sistrunk,   PO Box 5424,   Vancleave, MS 39565-5424
3060121    +Baylor Coll. of Medici,   JPMorgan Chase 1043600,   PO Box 99084,   Fort Worth, TX 76199-0084
3205622    +Bean Resources, Inc,   1000 East Saint Mary Blvd,   Lafayette, LA 70503-2346
3007394    +Belt Warehouse,   1631 Westhaven Blvd.,   Jackson, MS 39209-5728
3007395    +Ben Johnson,,   Machine & Tool Co.,   PO Box 252,   Laurel, MS 39441-0252
3014049    +Benjamin W. Kadden, Esq.,,   c/o Reagan Equipment Co, Inc.,   601 Poydras Street, Ste 2775,
             New Orleans, LA 70130-6041
3120884    +Betty Joyce Huffman,   Rhodes Bowman,   1527 Hwy 43 S.,   Pelahatchie, MS 39145-3435
```

```
3120885      +Betty Rhodes,    401 Gulde Rd,    Brandon, MS 39042-9657
3007396      +Bio Tech,    3600 Lakeside Dr,    Oklahoma City, OK 73179-8441
3060129      +Black Stone Acq. Partn,    PO Box 203319,    Houston, TX 77216-3319
3120890      +Black Stone Ivory Acq,    PO Box 203317,    Houston, TX 77216-3317
3120891      +Blackstone Minerals Co,    1001 Fannin,    Ste 2020,    Houston, TX 77002-6715
3060131      +Bo-War Ltd Pts,    PO Box 320188,    Flowood, MS 39232-0188
3060132      +Boteler Mineral Trust,    Sara Anne Edwards, TR,    PO Box 13159,    Jackson, MS 39236-3159
3147499      +Bow Oil Co. LTD,    8235 Douglas Ste 300 LB60,    Dallas, TX 75225-6024
3060135      +Britton C. Read, Jr.,    11759 Monarch CR,    Foley, AL 36535-8315
3015829      +Broadway Premium Fund,    1747-22 Veterans Mem H,    Islandia, NY 11749-1534
3060140      +Bryan Parker Hagon,    TX State Bank,    3535 Calder,    Beaumont, TX 77706-5025
3007401      +CALIFORNIA CONTRACTORS SUPPLIES, INC.,    7729 Burnet Ave,    VAN NUYS, CA 91405-1078
3007402       CENTRAL HYDRAULICS,    PO Box 3099,    LAUREL, MS 39442-3099
3007404      +CHAMPION TECHNOLOGIES,    PO Box 2243,    Houston, TX 77252-2243
3007405     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court:  Chrysler Financial,     PO Box 9001921,    Louisville, KY 40290)
3007406      +CLARKCO SERVICES, INC.,    PO Box 341,    HEIDELBERG, MS 39439-0341
3023049       COMPRESSOR & ENGINE SERIVE LLC,    C/O JEFFREY TYREE, ESQ.,    PO BOX 3380,
               RIDGELAND, MS 39158-3380
3184987       CRAIG GENO, ESQ.,    C/O COMPRESSOR & ENGINE SERVICE,    PO BOX 3380,    RIDGELAND, MS 39158-3380
3030989      +Cajun Well Service,    1088 Bergeron Rigs Road,    Breaux Bridge, LA 70517-8605
3060141      +Cajun Well Services,    c/o Stan Gauthier, II,    1405 W Pinhook Ste 105,
               Lafayette, LA 70503-3100
3120909      +Cheryl Louis W Phillip,    619 Gulde Shiloh Rd,    Brandon, MS 39042-9069
3120910      +Chester K. Burnham,    PO Box 1392,    Brookhaven, MS 39602-1392
3062101      +Christopher R. Maddux,    P.O. Box 6010,    Ridgeland, MS 39158-6010
3247183      +Christopher R. Maddux, Esq.,    Butler, Snow, O'Mara, Stevens & Canada P,
               Suite 1400, 1020 Highland Colony Parkway,    Ridgeland, MS 39157-2139
3040801      +Chrysler Financial Services Americas, LLC,    c/o Hale,Dewey,and Knight,PLLC,
               88 Union Avenue,Suite 700,    Memphis,Tn 38103-5128
3060147      +Claire Davis-Jones TR,    Swep T. Davis, Jr.,    2953 Star Ridge Rd.,    Bozeman, MT 59715-9220
3120913      +Clarence Willie Rhodes,    3634 Longstreet Dr,    Pearl, MS 39208-3814
3007407      +Compressor & Engine Service,    602 Crescent Place,    Ste 100,    Ridgeland, MS 39157-8676
3120917      +Corlotta Ann Knight,    3274 Shiloh Rd,    Pelahatchie, MS 39145-2949
3102494      +Corre Opportunities Fund, L.P.,    1370 Avenue of the Americas, 29th Floor,
               New York, NY 10019-4619
3116988      +DANNY RUHL, ESQ.,    C/O BJ SERVICES CO USA,    PO BOX 6020,    RIDGELAND, MS 39158-6020
3188913      +DENBURY ONSHORE LLC,    C/O TROY FARRELL ODOM ESQ,    PO BOX 321423,    JACKSON, MS 39232-1423
3075967      +DENBURY ONSHORE, LLC,    C/O WILLIAM BLAIR, ESQ,    PO BOX 321423,    JACKSON, MS 39232-1423
3023434       DEW POINT CONTROL, LLC,    PO BOX 18887,    SUGAR LAND, TX 77496-8887
3035000      +DOUGLAS NOBLE, ESQ.,    C/O CREDITORS COMMITTEE,    602 STEED ROAD, STE 200,
               RIDGELAND, MS 39157-9428
3007411      +DUTCH LUBRICANTS,    PO Box 2365,    COLUMBUS, MS 39704-2365
3120918      +Daisey Lee Rhodes,    3657 Hwy 18,    Brandon, MS 39042-9657
3060151      +Daisy P. Istree,    1010 Robinson Cutoff,    Vinton, LA 70668-5210
3060152      +Daniel E Read, Jr.,    1101 Rosewood CR,    Charlotte, NC 28211-5101
3060153      +Darrell K. Cooley,    1783 Sandersville-,    Sharon Rd,    Laurel, MS 39443-8468
3120922      +David E Robinson and,    Wife Neil K.,    1015 Gulde-Shiloh Rd,    Brandon, MS 39042-9021
3060154      +Deanna Read Cheatham,    3605 Carolyn Dr,    Raleigh, NC 27604-1615
3077644      +Denbury Onshore, LLC,    P.O. Box 251289,    Plano, TX 75025-1289
3007409      +Dew Point Control,    3323 Silent Spring Dr,    Sugar Land, TX 77479-2412
3060156      +Dorothy L. Crane,    Two Oxford Hall,    San Antonio, TX 78209-8306
3060157      +Douglas Haden,    PO Box 494,    Bay Springs, MS 39422-0494
3060158      +Doyle Haden,    10 Woodmist CR,    Hattiesburg, MS 39402-3067
3213527      +Drew Maness,    c/o J. Walter Newman, IV,    Newman & Newman,    248 East Capitol Street, Ste. 539,
               Jackson, MS 39201-2595
3174303      +Drew Maness,    c/o Walter Newman, IV, Esq,    248 E Capitol St, Ste 539,    Jackson, MS 39201-2508
3060160      +Drew Maness,    1245 Springwater Ranch,    Brandon, MS 39042-7893
3007412      +EASTERN FISHING & RENTAL TOOLS,    PO Box 292,    LAUREL, MS 39441-0292
3060163      +EBB Investments, LLC,    Eileen B. Bowman,    408 E Barton,    Greenwood, MS 38930-2311
3060164      +EG3, Inc.,    PO Box 1567,    Graham, TX 76450-7567
3088360      +ENERGY RESOURCES CORP,    C/O WILLIAM J. LITTLE JR., ESQ,    2012 23RD AVE,
               GULFPORT, MS 39501-2967
3060166      +Elena C. Estes,    PO Box 254,    El Dorado, AR 71731-0254
3060167      +Eliza Livesay Bishop,    6405 Rodrigo Ave,    Houston, TX 77007-2030
3007413      +Elkins Electric Corp. of Miss.,    PO Box 546,    Sandersville, MS 39477-0546
3211029      +Energy Resources Corp.,    c/o William J. Little, Jr.,    2012 23rd Avenue,
               Gulfport, MS 39501-2967
3060171      +Energy Resources Corp.,    PO Box 142,    Puckett, MS 39151-0142
3120945      +Exxon Corp,    PO Box 2024,    Houston, TX 77252-2024
3007416      +FILTRATION SYSTEMS OF MISSISSIPPI, LLC,    PO Box 2263,    LAUREL, MS 39442-2263
3007417       FLEET MORRIS PETROLEUM,    109 Solleftea,    Madison, MS 39110
3007418      +FLOQUIP, INC,    PO Box 80156,    Lafayette, LA 70598-0156
3007419      +FLR Products, LLC,    516 South Union,    Natchez, MS 39120-3520
3196116      +FORD MOTOR CREDIT CO,    C/O LARRY SPENCER, ESQ.,    PO BOX 123,    JACKSON, MS 39205-0123
3219703       FORD MOTOR CREDIT COMPANY LLC,    P O BOX 6275,    Dearborn MI 48121-6275
3007421      +FREE STATE TOOL CORP.,    PO Box 2683,    LAUREL, MS 39442-2683
3060172      +Fabo II, LLC,    PO Box 14046,    Jackson, MS 39236-4046
3116912      +Fair Harbor Capital, LLC,    Ansonia Finance Station,    PO Box 237037,    New York, NY 10023-0028
3060173      +Fairchild-Windham Expl,    PO Box 15909,    Hattiesburg, MS 39404-5909
```

District/off: 0538-3          User: cramage              Page 3 of 9              Date Rcvd: Sep 12, 2011
                             Form ID: hn002npo          Total Noticed: 389

```
3007415      Fastenal,   PO Box 978,   WINONA, MN 55987-0978
3015851     +Ford Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
3060181      G&O Energy,   938 Howe St,   Ste 703,   Vancouver, BC V6Z 1N9
3198681      GEORGE BRAZIER,   10TH FLOOR,   595 HOWE ST,   VANCOUVER, BC, V6C 2T5
3120963     +GMAC,   PO Box 9001948,   Louisville, KY 40290-1948
3018570     +GMAC,   PO Box 130424,   Roseville, MN 55113-0004
3007423     +GRAY DANIELS,   201 Octavia Dr,   BRANDON, MS 39042-2482
3060182     +Gail Mead Hunter,   23 Tanglewood Trail,   Duxbury, MA 02332-2910
3060183     +Glenn B. Ruffin, MD,   11 Country Club Lane,   Hattiesburg, MS 39402-9614
3120961     +Glenn Haden, et al,   1870 CR 29,   Louin, MS 39338-3127
3060184     +Gloria M. Thomas,   132 Shorty May Dr,   Mendenhall, MS 39114-9006
3060186      Goodlife Capital,   Dodrugan House Busby,   TO6OHO Canada A8 00000
3211052     +Goodliffe Capital, Inc.,   c/o William J. Little, Jr.,   2012 23rd Avenue,
              Gulfport, MS 39501-2967
3007424      Gray Wireline Service,   PO Box 730580,   Dallas, TX 75373-0580
3015856     +Guardian Dental Ins,   PO Box 26050,   Lehigh Valley, PA 18002-6050
3007426     +HARVEY HUTCHINS,   PO Box 1128,   Madison, MS 39130-1128
3207273     +HAWKEYE DRILLING CO,   C/O BENJAMIN B. MORGAN ESQ,   1018 HIGHLAND COLONY PKY,   STE 800,
              RIDGELAND, MS 39157-2057
3205947     +HAWKEYE DRILLING CO.,   C/O JAMES MCNAMARA IV, ESQ,   1018 HIGHLAND COLONY PKWY,   STE 800,
              RIDGELAND, MS 39157-2057
3007427     +HEIDELBERG PUMP & SUPPLY, INC.,   PO Box 219,   Heidelberg, MS 39439-0219
3007428     +HERCULES WIRE ROPE,   PO Box 1769,   HOUMA, LA 70361-1769
3120969     +Hal Booth Williams,   2740 Hwy 80 East,   Brandon, MS 39042-7352
3120970     +Harriet M. Humphrey,   No. 3 Eastbrooks,   Jackson, MS 39216-4714
3060191     +Harryette E. Reger,   6085 Meadow Way,   Beaumont, TX 77707-1835
3015859     +Hawkeye Drilling Co,   PO Box 97,   Waskom, TX 75692-0097
3214208     +Hawkeye Drilling Co.,   c/o Jim McNamara,   Adams and Reese LLP,
              1018 Highland Colony Parkway, Suite 800,   Ridgeland, MS 39157-2057
3120975     +Helen Rhodes,   107 Airline Terrace,   Pearl, MS 39208-4202
3120976     +Henry Lee Church and,   Wife Annie D.,   PO Box 845,   Pelahatchie, MS 39145-0845
3060196     +Hollis Haden,   86 Hines Rd,   Laurel, MS 39443-4929
3007790     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court:   INTERNAL REVENUE SERVICE,   PO BOX 21126,   PHILADELPHIA, PA 19114)
3009923      IROQUIOS CAPITAL OPPORTUNITY FUND LP,   C/O PAUL M. ELLIS, ESQ.,   PO BOX 22567,
              JACKSON, MS 39225-2567
3008913     +IROQUOIS CAPITAL OPPORTUNITY FUND LP,   C/O STEPHEN ROSENBLATT, ESQ.,
              1020 HIGHLAND COLONY PKWY STE 1400,   RIDGELAND, MS 39157-2139
3007430     +IRS,   100 W. Capitol St.,   Ste 1552,   Jackson, MS 39269-1615
3060198     +Inez Vinson Family TR,   Sam & Daniel Vinson,   212 Aspen Ct.,   Ridgeland, MS 39157-2550
3060200     +J F Michael,   PO Box 16285,   Jackson, MS 39236-6285
3060984     +J. W. Rhodes,   1447 Gulde-Shiloh Rd,   Brandon, MS 39042-9182
3075966     +J.F. MICHAEL ESTATE,   C/O WILLIAM BLAIR, ESQ.,   PO BOX 321423,   JACKSON, MS 39232-1423
3007431     +JACKSON AIR & HYDRAULIC,   PO Box 180142,   RICHLAND, MS 39218-0142
3007432     +JASPER CO. TAX ASSESSOR,   PO Box 372,   BAY SPRINGS, MS 39422-0372
3081999     +JO ELLA ILES,   C/O R.RAY ORRILL, JR.,   330 CARONDELE ST,   NEW ORLEANS, LA 70130-3144
3007433     +JOHNSTON SAND & GRAVEL,   14612 County Rd 210,   VOSSBURG, MS 39366-5058
3198682      JOSEPH COHEN,   1305 W 48TH AVE,   VANCOUVER, BC, V6M 2WR
3060202     +Jack W. Walker,   3305 Regent Dr,   Dallas, TX 75229-5058
3060204      James E. Shaw Estate,   Daniel Shaw, Administr,   104 Greenmeadow,   Beaumont, TX 77706
3120989     +James O. Cox, IV,   PO Box 1391,   Madison, MS 39130-1391
3060205     +Jane Read Ordway,   PO Box 1689,   Bay Springs, MS 39422-1689
3060207     +Jean Lewis Lindsey,   2060 Westwood Acres,   Laurel, MS 39440-2151
3070219      Jean Lewis Lindsey Estate,   Deidra J Bassi,   Hortman Harlow Bassi Robinson & McDaniel,
              PO Drawer 1409,   Laurel MS 39441-1409
3120993     +Jean Milner,   116 S. Hwy 65,   Dumas, AR 71639-2332
3060209     +Jo Ella Orrill Iles,   913 Chinquapin Dr,   Deridder, LA 70634-5323
3060210     +John R. Delchamps,   822 Azalea Rd,   Mobile, AL 36693-3910
3007434     +Jonathon Turner Construction,   452 Sandhill Ch Rd,   Soso, MS 39480-5104
3060213     +Judy P. Davis,   PO Box 540,   Homer, LA 71040-0540
3060214     +Julie J Gamble Irr. TR,   138 Palm Coast Pkwy NE,   No. 245,   Palm Coast, FL 32137-8241
3060215     +Juliuan K. Livesay,   607 Paradise Ct.,   Atlantic Beach, FL 32233-6946
3121006     +Justin Scott Rhodes,   3634 Longstreet Dr,   Pearl, MS 39208-3814
3007435     +K & W AUTO PARTS,   PO Box 450,   Pelahatchie, MS 39145-0450
3007436     +KELLEY BROTHERS CONTRACTORS, INC.,   PO Drawer 1079,   WAYNESBORO, MS 39367-1079
3007437     +KELLEY OIL COMPANY,   PO Box 11,   WAYNESBORO, MS 39367-0011
3198684     +KIMBERLY A. LAWRENCE,   7184 ROCKSIDE LAKE,   SPRING, TX 77379-4081
3121009     +Katie Renea Knight,   3274 Shiloh Rd,   Pelahatchie, MS 39145-2949
3064509     +Kenneth Green, Esq.,   c/o Schlumberger Technology,   2929 Allen Pkwy, Ste 4100,
              Houston, TX 77019-7106
3007438     +Kimerling Truck Parts,   125 Finley Blvd,   BIRMING HAM, AL 35204-1526
3007439     +Kimray,   PO Box 18949,   Oklahoma City, OK 73154-0949
3060222     +Komatsu Financial,   PO Box 99303,   Chicago, IL 60693-9303
3060223     +Kubota Credit Corp,   PO Box 0559,   Carol Stream, IL 60132-0001
3047020     +Kubota Credit Corporation,   PO Box 829009,   Dallas, TX 75382-9009
3121016     +L E Knight Jr and Wife,   Mary Kate,   3274 Shiloh RD,   Pelahatchie, MS 39145-2949
3007442     +LAMPTON LOVE,   PO Box 566,   PELAHATCHIE, MS 39145-0566
3007445      LITTICH BACKFLOW TESTING,   140 Thornton Rd.,   BRANDON, MS 39042-8519
3121018     +Launo C. Hannah,   c/o William H. Bizzell,   1107 Avery St.,   Cleveland, MS 38732-3120
```

```
3007443      +Laurel Magneto Service, Inc.,   PO Box 4279,   Laurel, MS 39441-4279
3007444      +Lewis Pest Control,   165 SCR 541,   Forest, MS 39074-5707
3060228      +Lewis Steel Bateman IT,   2060 Westwood Acres,   Laurel, MS 39440-2151
3060229      +Liberty Mutual Ins,   PO Box 9502,   Dover, NH 03821-9502
3015878       Liberty Mutual Ins,   PO Box 99502,   Dover, NH 03821
3121025      +Linda R. Powe,   1139 Gulde-Shiloh Rd,   Brandon, MS 39042-9072
3060230      +Linnie E. Causey,   808 2nd Ave,   Columbus, GA 31901-2704
3007446      +Logan Oilfield Services, LLC,   379 Eucutta Rd.,   Shubuta, MS 39360-9649
3121029      +Lois Ragsdale Houck,   4533 S. Ridge Dr,   Fuquay Varina, NC 27526-8539
3060233      +Lowell B. Cooley,   120 Denver Ave,   Kalispell, MT 59901-9003
3060234      +Lum C. Edwards, Jr,   PO Box 22237,   Beaumont, TX 77720-2237
3007447      +M & D SALES INC.,   PO Box 2451,   LAUREL, MS 39442-2451
3041331      +M. Ruthie Hagan, Esq.,   Hale Dewey Knight PLLC,   88 Union Avenue, Suite 700,
              Memphis, TN 38103-5128
3014746       MARCUS WILSON, ESQ,   C/O BLUE CROSS BLUE SHIELD,   PO BOX 98,   JACKSON, MS 39205-0098
3198685       MARLOR INVESTMENTS,   938 HOWE ST, STE 703,   VANCOUVER, BC, V6Z 1N9
3007448      +MASCO WIRELINE,   PO Box 2726,   LAUREL, MS 39442-2726
3007450       MEGAGATE,   PO Box 23073,   JACKSON, MS 39225-3073
3188912      +MICHAEL INTEREST LLC,   C/O TROY FARRELL ODOM ESQ,   PO BOX 321423,   JACKSON, MS 39232-1423
3007456      +MOTION INDUSTRIES,   PO Box 849737,   DALLAS, TX 75284-9737
3007457      +MS Atty General,   550 High St,   Jackson, MS 39201-1111
3015893      +MS Oil & Gas Board,   500 Greymont Ave,   Suite E,   Jackson, MS 39202-3446
3060256      +MS. STATE OIL AND GAS BOARD,   500 Greymont Ave,   Suite E,   JACKSON, MS 39202-3446
3015882      +Magma Petroleum,   7814 Rockside Lane,   Spring, TX 77379-4081
3060238      +Marcial Sorrell III,   1415 County Rd 239,   Wharton, TX 77488-8743
3121037      +Margaret L. Draper,   2112 Ichabod Ln,   Edinburg, TX 78539-6069
3121039      +Marie A Duffee M Trust,   c/o Louis Duffee, TE,   7630 Forest Park Dr,   Beaumont, TX 77707-1626
3196697      +Marshall R. Young Oil Co.,   c/o Barbara Hargis/Bill Bredthauer,   Harris, Finley & Bogle, P.C.,
              777 Main Street, Ste 3600,   Fort Worth, TX 76102-5341
3060239      +Martha Reynolds Loftus,   8642 W Wilderness Way,   Shreveport, LA 71106-6122
3060240      +Martin Edwards,   PO Box 22237,   Beaumont, TX 77720-2237
3060242      +Mary Delchamps Reyner,   822 Azalea Rd.,   Mobile, AL 36693-3910
3121044       Mary Delchamps Reyner,   236 Lakewood Dr,   Mobile, AL 36608
3121045      +Mary Rhodes (widow of,   EC Rhodes),   PO Box 194,   Merigold, MS 38759-0194
3121047      +Masonite Corporation,   1 N Dale Mabry Hwy,   Ste 950,   Tampa, FL 33609-2771
3060244      +Maude Evelyn Lofton,   9 Cottonwood Rd,   Trinity, TX 75862-8843
3121049      +Max Gill and Wife,   Maitha R. Gill,   425 Gulde Rd,   Brandon, MS 39042-9657
3007449      +May and Associates,   132 Shorty May Dr.,   Mendenhall, MS 39114-9006
3007451      +Mesa Machine, Inc.,   PO Box 215,   Goldsmith, TX 79741-0215
3077307      +Michael Interest, LLC,   P. O. Box 922,   Fairhope, AL 36533-0922
3007452      +Michael Thornton,   538 SCR 581,   Raleigh, MS 39153-5017
3121054      +Minnie Rhodes,   714 Country Place Dr,   Pearl, MS 39208-6664
3007454      +Mississippi Gauge & Supp,   PO Box 2366,   Laurel, MS 39442-2366
3060252      +Molly S. Turner,   4 12 Creekwood Cove,   North Little Rock, AR 72116-6394
3007459       NATCO,   PO Box 200203,   HOUSTON, TX 77216-0203
3007460       NATIONAL REGISTERED AGENTS, INC.,   PO Box 927,   WEST WINDSOR, NJ 08550-0927
3007461      +NEXAIR,   110 Priester Dr,   PEARL, MS 39208-3333
3198686       NORBERT LAAKMANN,   3871 EDINBURG ST,   BURNABY, BC, V5C 1R4
3121065      +Nelda June W. Linke,   1175 Windchime Way,   Pensacola, FL 32503-2544
3060260       O. H. Delchamps, Jr.,   822 Azalea Rd.,   Mobile, AL 36693-3910
3121067      +O. H. Delchamps, Jr.,   217 Berwyn Dr,   Apt. 115,   Mobile, AL 36608-2161
3007462       OIL STATES INDUSTRIES,   PO Box 200149,   DALLAS, TX 75320-0149
3121068       Odyssey Petroleum Corp,   Suite 303,   595 Howe St,   Vancouver, BC V5C2T5
3060263      +Otis H. Turner,   PO Box 607,   Arkadelphia, AR 71923-0607
3007464       PAN SOUTHERN,   PO Box 398,   Puckett, MS 39151-0398
3015899      +PAN SOUTHERN PETROLEUM CORP,   C/O WILLIAM J. LITTLE, JR., ESQ,   2012 23RD AVE,
              GULFPORT, MS 39501-2967
3088361      +PERF O LOG INC,   126 HEYMANN BLVD,   LAFAYETTE LA 70503-2322
3007464      ++PERF O LOG INC,   126 HEYMANN BLVD,   LAFAYETTE LA 70503-2322
             (address filed with court: PERF-O-LOG,   PO Box 200050,   Dallas, TX 75320-0050)
3215219       PETRICHOR ENERGY INC,   formerly Odyssey Petroleum Corp,   ATTN: RICK BARNETT, CFO,
              303-595 HOWE STREET,   VANCOUVER BC V6C2T5
3088362      +PHOENIX PETROLEUM, LLC,   C/O WILLIAM J. LITTLE, JR., ESQ,   2012 23RD AVE,
              GULFPORT, MS 39501-2967
3007467       PHOENIX RESOURCES L.L.C.,   PO Box 69,   PUCKETT, MS 39151-0069
3199663      +Pan Southern Petroleum Corp.,   c/o William J. Little, Jr.,   2012 23rd Avenue,
              Gulfport, MS 39501-2967
3060266      +Patsy Davis,   31 Pal Myrick Rd,   Laurel, MS 39443-7543
3015900      +Patterson Drilling,   450 Gears Rd,   Ste 500,   Houston, TX 77067-4542
3048145      +Perf-O-Log, Inc.,   c/o Joseph Dirago,   600 Travis St, Ste 3400,   Houston, TX 77002-2926
3007465      +Performance Drilling C,   125 S. Congress St.,   Ste 1610,   Jackson, MS 39201-3399
3018097       Performance Drilling Company, LLC,   c/o E. Stephen Williams,   P. O. Box 23059,
              Jackson, MS 39225-3059
3007466      +Petro Pump of South La.,   PO Box 4034,   Houma, .   70361-4034
3113367      +Petro Pump of South La.,   PO Box 4034,   Houma, LA 70361-4034
3060271      +Peyton Price Mead I.T.,   Susan Mead, TR,   PO Box 130268,   Dallas, TX 75313-0268
3121082      +Phillip Bryant Rhodes,   and Wife Renea,   314 Gulde Rd,   Brandon, MS 39042-9634
3199672      +Phoenix Resources, LLC,   c/o William J. Little, Jr.,   2012 23rd Avenue,
              Gulfport, MS 39501-2967
3007470      +Pro -Way Operating,   7814 Rockside,   Spring, TX 77379-4081
3007471      +Professional Wireline Rentals, LC,   1016 N. Cruse Ave,   Broussard, LA 70518-5749
```

```
3007472     Quill,  PO Box 37600,   Philadelphia, PA 19101-0600
3060279    +R. Ray & Jo E. Iles,   913 Chinquapin Dr.,   Deridder, LA 70634-5323
3112688    +R. SPENCER CLIFT, ESQ.,   C/O TRAFALGAR CAPITAL,   165 MADISON AVE,   STE 2000 FIRST TENN. BLDG,
            MEMPHIS, TN 38103-2723
3007473     REAGAN EQUIPMENT,   DEPT AT 952461,   ATLANTA, GA 31192-2461
3007475    +RFT, Rental & Fishing Tools Inc,   PO Box 51828,   Lafayette, LA 70505-1828
3075965    +RIDGWAY & YORK,   C/O WILLIAM BLAIR, ESQ.,   PO BOX 321423,   JACKSON, MS 39232-1423
3188911    +RIDGWAY & YORK,   C/O TROY FARRELL ODOM ESQ,   PO BOX 321423,   JACKSON, MS 39232-1423
3188917    +RIDGWAY MANAGEMENT INC,   C/O TROY FARRELL ODOM ESQ,   PO BOX 321423,   JACKSON, MS 39232-1423
3075964    +RIDGWAY MANAGEMENT INC,   C/O WILLIAM BLAIR, ESQ.,   PO BOX 321423,   JACKSON, MS 39232-1423
3060289    +RJM Interests, LLC,   RH Boteler, III, Mgr,   PO Box 768247,   Roswell, GA 30076-8201
3121094    +Randy Lee Knight and,   Mary V.,   3290 Shiloh Rd,   Pelahatchie, MS 39145-2949
3015911    +Rankin County Tax Coll,   211 East Government St,   Brandon, MS 39042-3269
3121097    +Rees R. Oliver,   1250 NE Loop 410,   Ste 615,   San Antonio, TX 78209-1524
3121098    +Reggie Allen,   206 Red Allen Rd,   Brandon, MS 39042-8546
3060284    +Richard Leedy,   1920 Avenue O SW,   Winter Haven, FL 33880-2710
3060285    +Ridgway & York,   1437 Old Square Rd.,   Jackson, MS 39211-5535
3060286    +Ridgway Energy, Inc.,   PO Box 16667,   Jackson, MS 39236-6667
3060287    +Ridgway Management Inc,   PO Box 187,   Jackson, MS 39205-0187
3007476     River Oaks Management Inc.,   PO Box 402055,   Atlanta, GA 30384-2055
3121107    +Robert Charles Robinso,   and Wife Jan C.,   978 Gulde-Shiloh RD,   Brandon, MS 39042-9020
3060290    +Robert E. Mead,   Susan Mead, Agent,   PO Box 130268,   Dallas, TX 75313-0268
3121109    +Robert Irvin Cox,   13 Pine Briar Circle,   Houston, TX 77056-1113
3041986     Robert L. Holladay, Jr.,   YoungWilliams P.A.,   P. O. Box 23059,   Jackson, MS 39225-3059
3007477    +Robine & Welch,   Machine & Tool Co.,   PO Box 252,   Laurel, MS 39441-0252
3121111    +Ronald A. Franklin and,   Ronald A. Franklin, Jr,   3113 Above Stratford,   Austin, TX 78746-4600
3060292    +Ruth Mead,   622 Rongway St,   Grand Prairie, TX 75051-2118
3060293    +Ryan Lee Sibley,   3318 Chapelwood Dr,   Baton Rouge, LA 70816-2709
3121115    +S & E Investments, Ltd,   c/o Philip Letard,   109 Carter St,   Vidalia, LA 71373-3339
3007478     SCHLUMBERGER,   PO box 201193,   HOUSTON, TX 77216-1193
3007480    +SOUTHERN HOSE AND IND. SUPP.,   4958 HWY 80 West,   Jackson, MS 39209-4705
3007483    +SPECIALTY RENTAL TOOLS,   PO Box 54428,   New Orleans, LA 70154-4428
3007489    +SUPERIOR WELL SERVICES,   PO box 360469,   Pittsburgh, PA 15251-6469
3247210    +Sara Beth Wilson, Esq.,   Copeland, Cook, Taylor & Bush, PA,   P O Box 6020,
            Ridgeland MS 39158-6020
3060295    +Sara Boteler Bateman,   7440 Bocage Blvd,   Baton Rouge, LA 70809-1140
3060296    +Sara M. Ruffin,   625 Northview Dr,   Rm 29,   Laurel, MS 39440-1699
3007479    +Seal Tech,   PO box 6648,   JACKSON, MS 39282-6648
3121121    +Shirley M Brady, et al,   628 Owen Boone Rd,   Brandon, MS 39042-8503
3121122    +Sidney Boteler,   1909 Timberlake Place,   Byram, MS 39272-9728
3060299    +Southeastern Minerals,   15 West 18th St,   Suite 200,   New York, NY 10011-4604
3119033    +Southern Hose & industrial Supply,   4958 Hwy 80 West,   Jackson, MS 39209-4705
3007481    +Southern Propane,   PO Box 530,   Taylorsville, MS 39168-0530
3007482    +Sparks Gamma Ray Surveys,   4634 Manila Drive,   Jackson, MS 39206-5411
3060304    +Stacey Sims Dewease,   4190 Oak Forest Dr NE,   Atlanta, GA 30319-1423
3060305     Stebbins Family Trust,   J Ray Stebbins, TR,   811 8th Ave N,   Great Falls, MT 59401-1035
3247182    +Stephen W. Rosenblatt, Esq.,   Butler, Snow, O'Mara, Stevens & Cannada,,
            Suite 1400, 1020 Highland Colony Parkway,   Ridgeland MS 39157-2139
3007484    +Stephen Williams, Esq.,   PO Box 23059,   Jackson, MS 39225-3059
3007485    +Sterling McCall Toyota,   9400 Southwest FWY,   Houston, TX 77074-1408
3060307    +Stevens Dallas Bateman,   Sandra L. Bateman, TR,   2060 Westwood Acres,   Laurel, MS 39440-2151
3070221    +Stevens Dallas Bateman, III,   Irrevocable Trust,   Deidra J. Bassi -,
            Horman Harlow Bassi Robinson & McDaniel,   P. O. Drawer 1409,   Laurel, MS 39441-1409
3007486    +Stewart Sand & Gravel,   122 Don Stewart Dr,   Mendenhall, MS 39114-8981
3007487    +Stewart's Testing Inc.,   PO Box 371,   Laurel, MS 39441-0371
3007488    +Stringer's Oilfield,   PO Box 323,   Columbia, MS 39429-0323
3060312    +Stuart Wallace Murff,   575 Quail Ridge Rd,   Aledo, TX 76008-2836
3060313    +Sugarberry Minerals Co,   5950 Cedar Springs Rd,   No. 320,   Dallas, TX 75235-6803
3014643    +Superior Energy Services LLC,   c/o Benjamin Kadden, Esq.,   601 Poydras Street, Ste 2775,
            New Orleans, LA 70130-6041
3060315    +Susan Mead,   PO Box 130268,   Dallas, TX 75313-0268
3121140    +Susan R. Loftus,   4015 Akard Ave,   Shreveport, LA 71105-2901
3060316    +T. Carlton Billups TR,   1644 Hardy-Billups Rd,   Columbus, MS 39701-9653
3007490    +T.J. Scarbrough, Inc.,   PO Box 30,   Buckatunna, MS 39322-0030
3007492    +THOR ENGINE & PUMP REPAIR,   602 Crescent Place,   Suite 100,   Ridgeland, MS 39157-8676
3023050    +THOR ENGINE & PUMP REPAIR LLC,   C/O CRAIG GENO, ESQ.,   PO BOX 3380,   RIDGELAND, MS 39158-3380
3028664    +TOTAL PUMP & SUPPLY,   C/O ROBERT BORDELO, JR. ESQ,   PO BOX 451,   OPELOUSAS, LA 70571-0451
3121155    +TRE Investments,   711 Navarro St.,   Ste 235,   San Antonio, TX 78205-1710
3060319    +Texas Comptroller-PuAc,   FAO Leonard W BrysonJr,   Estate PO Box 12019,   Austin, TX 78711-2019
3060320    +The Allar Co,   PO Box 1567,   Graham, TX 76450-7567
3121146    +The Sandra Bass Irrevo,   PO Box 97,   Saint Joseph, LA 71366-0097
3121148    +Thomas Huseman,   c/o Philip Letard,   PO Box 187,   Vidalia, LA 71373-0187
3007493    +Total Pump & Supply,   PO Box 548,   Carencro, LA 70520-0548
3015932    +Toyota Financial Serv,   PO Box 650686,   Dallas, TX 75265-0686
3121154     Trafalgar Capital,   8-10 Rue Mathias Hardt,   BP 3023,   Luxembourg L-1030
3015933    +Trafalgar Capital,   c/o Investment Mgr of Trafalgar,   Capital Sp. Investment FIS,
            1404 Rodman Street,   Hollywood, FL 33020-6436
3007494    +Twins Construction,   PO Box 246,   Waynesboro, MS 39367-0246
3007495    +UNIVERSAL COMPRESSION,   PO Box 972641,   Dallas, TX 75397-2641
3007496    +US Attorney's Office,   188 E. Capitol St.,   Ste 500,   Jackson, MS 39201-2126
```

District/off: 0538-3          User: cramage              Page 6 of 9              Date Rcvd: Sep 12, 2011
                             Form ID: hn002npo           Total Noticed: 389

```
3121157     +United States of Ameri,   c/o Bureau of Land Mgt.,   411 Briarwood Dr,   Jackson, MS 39206-3058
3007497      VENTURE TRANSPORT LOGISTICS LLC,   PO Box 974167,   DALLAS, TX 75397-4167
3121163     +Vickie Vincent,   238 W Canebrake Blvd,   Hattiesburg, MS 39402-8310
3060331     +Victor Smith,   PO Box 6177,   Pearl, MS 39288-6177
3060332     +Violet Allen Lackey,   31 West Isle,   Spring, TX 77381-3303
3060333     +Virginia E. Bilbe,   1320 CR 223,   Weimar, TX 78962-4510
3121169     +W. Glen Sowell,   210 Huntview Drive,   Brandon, MS 39042-2036
3060334     +W. H. Haden,   1853 Wade Patrick Rd.,   Braxton, MS 39044-9635
3015940      WARRIOR ENERGY SERVICES,   Dept 2114,   PO Box 122114,   DALLAS, TX 75312-2114
3121177     +WG Cook, Jr,   PO Box 55763,   Jackson, MS 39296-5763
3060341     +WHITNEY PANSANO, III,   137 Whippoorwill Rd.,   Brandon, MS 39047-6428
3198688      WILLIAM DEVRIES,   5304 PLEASANT WAY,   DELTA, BC, V4K 5 E8
3023426     +WILLIAM LEECH, ESQ,   C/O BAKER HUGHES INC,   PO BOX 6020,   RIDGELAND, MS 39158-6020
3007498     +Wade Services, Inc.,   PO Drawer 399,   Ellisville, MS 39437-0399
3060336     +Wallace Bright Livesay,   2002 Butler Dr.,   Friendswood, TX 77546-5512
3007499      Waring Oil,   PO Box 66,   Vicksburg, MS 39181-0066
3095525     +Waring Oil (Claim #1 for $11,774.91),   PO Box 66,   Vicksburg, MS 39181-0066
3014642     +Warrior Energy Services Inc,   c/o Benjamin Kadden, Esq.,   601 Poydras Street, Ste 2775,
              New Orleans, LA 70130-6041
3007501      Whitney Pansano,   1000 Pan Southern Dr,   Puckett, MS 39151
3211086     +Whitney Pansano, III,   c/o William J. Little, Jr.,   2012 23rd Avenue,   Gulfport, Ms 39501-2967
3211094     +Whitney Pansano, Ltd.,   c/o William J. Little, Jr.,   2012 23rd Avenue,
              Gulfport, MS 39501-2967
3060342     +Wiley Fairchild Fam TR,   PO Box 15909,   Hattiesburg, MS 39404-5909
3060344     +William Wallace Allred,   PO Box 550,   Collins, MS 39428-0550
3060345     +Winnie Darnell,   PO Box 147,   Glen Allan, MS 38744-0147
3258485     +Wise Well,   c/o Ronald J. Sommers, Trustee,   2800 Post Oak Blvd, 61st Floor,
              Houston, TX 77056-6131
3007503     +Wise Well dba Well Services Blocker, Inc,   c/o TCW Asset Mgt,   333 Clay St, Ste 4150,
              Houston, TX 77002-4178
3050601     +Wood Group Pressure Control, LP,   c/o Carl Dore', Jr., Dore' & Associates,,
              17171 Park Row, Suite 350,   Houston, Texas 77084-4995
3007504     +Worldwide Energy Services, Inc.,   11111 Katy FWY,   Ste 1012,   Houston, TX 77079-2120
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Sep 12 2011 20:41:32     Liquidity Solutions, Inc.,
              One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
cr           +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Sep 12 2011 20:41:01     Regions Bank,
              P.O. Box 10063,   Birmingham,, AL 35202-0063
3039399     +E-mail/Text: allison@arkroyalcap.com Sep 12 2011 20:43:08     Exxel Energy Capital LLC,
              Allison Hanslik,   1616 S Voss Road, Suite 430,   Houston TX 77057-2643
3134039     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Sep 12 2011 20:41:32     Liquidity Solutions Inc.,
              One University Plaza Ste 312,   Hackensack, NJ 07601-6205
3007789      E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Sep 12 2011 20:40:22     MS STATE TAX COMMISSION,
              BANKRUPTCY SECTION,   PO Box 23338,   JACKSON, MS 39225
3060251      E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Sep 12 2011 20:40:22
              Mississippi State Tax Commission,   PO Box 1033,   JACKSON, MS 39215
3007453      E-mail/Text: amcclure@mdes.ms.gov Sep 12 2011 20:41:05     Mississippi Employment Security Comm.,
              PO Box 22781,   Jackson, MS 39225-2781
3007455      E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Sep 12 2011 20:40:22
              Mississippi State Tax Commission,   Bankruptcy Section,   PO Box 22808,   JACKSON, MS 39225-2808
3007468      E-mail/Text: bankruptcy@pb.com Sep 12 2011 20:41:05     Pitney Bowes,   PO Box 856460,
              LOUISVILLE, KY 40285-6460
3049926     +E-mail/Text: bankruptcy@pb.com Sep 12 2011 20:41:05     Pitney Bowes Inc,   27 Waterview Drive,
              Shelton, CT 06484-4361
3029286     +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Sep 12 2011 20:41:01     Regions Bank,
              Consumer Collections,   P.O. Box 10063,   Birmingham, AL 35202-0063
3015913     +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Sep 12 2011 20:41:01     Regions Bank,
              Consumer Loan Proc.,   PO Box 2224,   Birmingham, AL 35246-0001
3064510     +E-mail/Text: rsnyder@slb.com Sep 12 2011 20:42:36     Schlumberger Technology Corp.,
              Attn: Randy Snyder,   330 Marshall Street,   Shreveport, LA 71101-3036
3007788     +E-mail/Text: AtlReorg@sec.gov Sep 12 2011 20:43:18     U.S. SECURITIES & EXCHANGE COMM,
              3475 LENOX RD, NE STE 1000,   ATLANTA, GA 30326-3235
3007791     +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Sep 12 2011 20:43:07     US TRUSTEE,
              100 W CAPITOL ST STE 706,   JACKSON, MS 39269-0797
                                                                                        TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BJ Services Company, U.S.A.
cr           Baker Hughes Oilfield Operations, Inc. d/b/a Baker
cr           Baker Hughes, Inc.
cr           Baker Petrolite Corporation
cr           Bean Resources, Inc
cr           Compressor and Engine Service, LLC
cr           Energy Resources Corp.
cr           Goodliffe Capital, Inc.
cr           Hawkeye Drilling Co.
cr           J. F. Michael Estate
cr           Michael Interest, LLC
crcm         Official Committee of Unsecured Creditors
```

```
District/off: 0538-3           User: cramage              Page 7 of 9               Date Rcvd: Sep 12, 2011
                               Form ID: hn002npo          Total Noticed: 389


                ***** BYPASSED RECIPIENTS (continued) *****
cr              Pan Southern Petroleum Corp.
intp            Petrichor Energy, Inc.
intp            Petro River Oil, LLC
crcm            Phoenix Resources, LLC
cr              Reagan Equipment Co., Inc.
cr              Ridgway & York
cr              Ridgway Management, Inc.
cr              Schlumberger Technology Corporation
cr              Superior Energy Services, LLC
cr              Thor Engine and Pump Repair, LLC
cr              Trafalgar Capital
cr              United States of America, Department of Interior
cr              Warrior Energy Services, Inc.
cr              Whitney Pansano, III
cr              Whitney Pansano, Jr.
cr              Whitney Pansano, Limited
3060115         Ann B. Simmons,    Returned 10/12/10
3120872         Ann B. Simmons,    RETURNED 1/25/11
3120873         Antion Louis Muecke,    RETURNED 1/18/11
3060116         Antion Louis Muecke,    1601 Rockport,    Returned 10/15/2010
3007391         B&B OIL WELL SERVICE,    RETURNED 9/2/11
3120875         B. C. Griffith,    RETURNED 1/25/11
3120897         BROADWAY PREM. AUTO & G.LIAB.,    RETURNED 1/27/11
3007398         BROADWAY PREM. AUTO & G.LIAB.,    Returned 10/14/2010
3120898         BROADWAY PREM.FIREMAN'S FD-BLDG IN,    RETURNED 1/27/11
3007399         BROADWAY PREM.FIREMAN'S FD-BLDG IN,    RETURNED 10/25/10
3060126         Betty W. Nunnelly,    Returned 10/12/10, 10/15/2010
3120886         Betty W. Nunnelly,    403 River Oak Dr,    returned mail 1/13/11
3007403         CHAMPION OILFIELD SERVICE,    RETURNED 7/9/10
3120904         Carolyn Cunningham Rog,    RETURNED 1/25/11
3120906         Chad J. Lackey, et al,    RETURNED 1/25/11
3007408         Confederated Capital,    Returned 05/02/11
3007410         DREW MANESS,    RETURNED 9/2/11
3120924         Derek A. Wyatt,    returned mail 6-10-11
3120926         Diane Pierce,    RETURNED 1/21/2011
3120928         Dorothy Murry Terry,    RETURNED 1/20/11
3060165         Eleanor Millard Vest
3120939         Elise H. Wyatt, et al,    RETURNED 4/11/11
3120942         Elna Faye Haden Coit,    RETURNED 1/25/11
3060169         Elna Faye Haden Coit,    RETURNED 10/22/10
3120943         Energy ProfessionalLLC,    RETURNED 1/27/11
3060170         Energy ProfessionalLLC,    RETURNED 10/22/10
3120954         Frances Cook,    813 Eagle Drive,    returned mail 1/14/11
3120956         Freida J Laughlin etal,    RETURNED 6/16/11
3120959         Gertrude B. Whitehead,    RETURNED 1/18/11
3007425         H & H TRANSPORTATION, LLC,    RETURNED 4/14/11
3007429         IMS,    3881 Paysphere Cr,    Returned mail 6/18/10
3120980         IMS,    RETURNED 2/23/11
3060197         IMS,    Returned 10/14/10
3120979         Ida Billups Ward,    Billups Dr.,    returned mail 01/31/2011
3078224         J. F. Michael
3198683         JURGEN WOLF,    RETURNED 4/15/11, 05/02/11
3120985         Jack Rogers,    RETURNED 1/26/11
3060201         Jack Rogers,    RETURNED 10/20/10
3060208         Jerald R. Boteler,    PO Box 605,    MS 39411
3120995         Jessie L. Burnham etux,    RETURNED 1/25/11
3120997         Joe David Robinson and,    RETURNED 1/20/11
3121001         Jucurle Rhodes Cox,    RETURNED 6/2/11
3121005         Justin L. Cox, Jr.,    RETURNED 2/4/11
3060217         Kathryn Rosann Damare,    RETURNED 4/12/11
3121008         Kathryn Rosann Damare,    RETURNED 11/17/2010
3060225         Laura Millard Smith
3121021         Leonard H. Strauss,    RETURNED 1/18/2011
3121030         Lon Adam Wyatt III,    RETURNED 1/26/11
3121038         Margaret Mae Rhodes Us,    RETURNED 1/25/11
3121040         Mark Hudson Wyatt,    RETURNED 4/11/11
3121043         Mary Cook Harris,    RETURNED 1/26/11
3060241         Mary Cook Harris,    RETURNED 10/18/10
3121069         OH Boone, et ux,    RETURNED 1/20/11
3060264         Pamela Millard Reid
3121075         Patsy Ragsdale Ruffin,    RETURNED 1/26/11
3121077         Paula Cussen Herring,    RETURNED 6/2/11
3121086         Polly R. Creed,    RETURN MAIL 4/8/11
3007469         Precision Signs,    RETURNED 12/30/10
3121087         Precision Signs,    PO Box 285,    returned mail 12/30/10
3121091         R. H. Allen,    RETURNED 1/25/11
3121093         Ramona A Pearce and,    RETURNED 1/25/11
3121102         Ridgway & York,    RETURNED 5/24/11
3121103         Ridgway Energy, Inc.,    RETURNED
```

```
District/off: 0538-3          User: cramage           Page 8 of 9                 Date Rcvd: Sep 12, 2011
                              Form ID: hn002npo        Total Noticed: 389

             ***** BYPASSED RECIPIENTS (continued) *****
3121113      Ruth Murray Harvey,    RETURNED 9/7/11
3060294      Sam Hooper Gammil
3060308      Stewart Gammell III
3007491      TESCO SERVICES INC.,    RETURNED 4/12/11
3198687      THOMAS WOLF,    RETURNED 5/3/11
3121147      Theo McLemore,    RETURNED 5/3/11
3121149      Thomas S. Lucksinger,    returned mail 6-10-11
3121151      Thornton S. Smith,    RETURNED 1/26/11
3060322      Thornton S. Smith,    Returned 10/20/2010
3121160      V. R. Lackey, et al,    RETURNED 1/25/11
3060329      Vema R. Ball,    RETURNED 10/28/10,    DECEASED
3121161      Vema R. Ball,    4804 Roswell Rd NE,    No. 223,    returned mail 1/31/2011
3121166      Virginia E. Bibbee,    RETURNED 1/18/11
3121168      Vonnie Rhodes White,    RETURNED 5/3/11
3121171      W.G. Cook,    RETURNED 1/25/11
3121175      Warnie C. Kennington,    RETURNED 2/3/11
3060338      Warnie C. Kennington,    RETURNED 10/22/10
3060343      William Joseph Damare,    RETURNED 10/20/10
3121181      William Joseph Damare,    RETURNED 4/12/11
aty*        +Todd Waycaster,    112 Main Street,    Natchez, MS 39120-3458
cr*          Anita Fagan,    c/o Oak Grove Middle,    2543 Old Hwy 24,    Hattiesburg, MS  39402-8349
cr*         +Archon Bay Capital, LLC,    P.O. Box 14610,    Surfside Beach, SC 29587-4610
intp*       +Argo Partners,    12 W 37th St 9th Fl,    New York, NY 10018-7381
cr*         +Betty Rhodes,    401 Gulde Road,    Brandon, MS 39042-9657
op*          Charles Deutchman,    Shared Management Resources, Ltd.,    28026 Gates Mills Blvd,
              Pepper Pike, OH  44124-4730
cr*         +Chrysler Financial Services Americas, LLC,    c/o Hale, Dewey, and Knight, PLLC,
              88 Union Avenue, Suite 700,    Memphis, TN 38103-5128
cr*         +Drew Maness,    1245 Springwater Ranch,    Brandon, MS 39042-7893
cr*         +Fair Harbor Capital LLC,    Ansonia Finance Station,    PO Box 237037,    New York, NY 10023-0028
cr*         +Ford Motor Credit Company LLC,    c/o Larry Spencer Esq.,    P. O. Box 123,
              Jackson, MS 39205-0123
cr*          Kubota Credit Corp.,    P. O. Box 829009,    Dallas, TX  75382-9009
3240019*    +Floquip, Inc.,    PO Box 80156,    Lafayette, LA 70598-0156
3211132*    +Pan Southern Petroleum Corporation,    c/o William J. Little, Jr.,    2012 23rd Avenue,
              Gulfport, MS 39501-2967
3015905*    +Phoenix Resources, LLC,    PO Box 69,    Puckett, MS 39151-0069
3285916*    +RFT Rental & Fishing Tools Inc,    PO Box 51828,    Lafayette, LA 70505-1828
3198680     ##+ASHRAF EDWARD RIAD,    1002 CHESTERFIELD DR,    MCCOMB, MS 39648-7571
3060133     ##+Boteler-Wood Prop. LLC,    906 parkwood Ct,    McKinney, TX 75070-5391
3060144     ##+CHAMPION OILFIELD SERVICE,    PO Box 90,    PACHUTA, MS 39347-0090
3121053     ##+Michael Thornton,    PO box 944,    Raleigh, MS 39153-0944
3084430     ##+Thomas Energy Services, LLC d/b/a Thomas Tools,    Joseph Dirago,
              Locke Lord Bissell & Liddell LLP,    600 Travis Street, Ste 3400,    Houston TX 77002-2926
                                                                    TOTALS: 110, * 15, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0538-3        User: cramage              Page 9 of 9            Date Rcvd: Sep 12, 2011
                           Form ID: hn002npo          Total Noticed: 389
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2011                    Signature:    _Joseph Speetjens_

Form hn002npo

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Odyssey Petroleum Corp. (US)**             **CASE NO. 10–01482–NPO**

    **DEBTOR.**                                **CHAPTER 11**

## NOTICE OF HEARING AND DEADLINES

        Iroquois Capital Opportunity Fund, L.P. has filed an Application for Allowance and Payment of Adminstrative Expense Claims (the "Application") (Dkt. #742) with the Court in the above–styled case.

        <u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

        The Court will hold a hearing on October 18, 2011, at 01:30 PM in the United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Application.

        If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, you or your attorney must file a written response explaining your position so that the Court receives it on or before October 3, 2011. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

        If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application. If no response is filed, the Court may consider the Application and enter an order granting relief before the hearing date.

      Dated: 9/12/11                                Danny L. Miller, Clerk of Court
                                                 U.S. Bankruptcy Court
                                                 501 East Court Street, Suite 2.300
                                                 P.O. Box 2448
                                                 Jackson, MS 39225–2448
                                                  601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

<u>Parties Noticed</u>:

Odyssey Petroleum Corp. (US), Debtor

John D. Moore, Esq., Counsel for Debtor

Douglas Noble, Esq., Counsel for Committee

United States Trustee

Stephen Rosenblatt, Esq., Counsel for Iroquois Capital

All Creditors/Parties on Mailing Matrix